UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW NELSON WARREN, ) | NO. CV 12-7111-RGK(E) |
| Petitioner, ) | |
| v. ) | ORDER ACCEPTING FINDINGS, |
| TIM A. VARGAS, ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

```
 1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
 2  the Magistrate Judge's Report and Recommendation and the Judgment
 3  herein on Petitioner.
 4
 5       LET JUDGMENT BE ENTERED ACCORDINGLY.
 6
 7       DATED:  November 16, 2012.
 8
 9
10                              _____
                                        R. GARY KLAUSNER
11                              UNITED STATES DISTRICT JUDGE
```