```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   ANDREW NELSON WARREN,          )   NO. CV 12-7111-RGK(E)
                                    )
12              Petitioner,         )
                                    )   ORDER ACCEPTING FINDINGS,
13       v.                         )
                                    )   CONCLUSIONS AND RECOMMENDATIONS
14   TIM A. VARGAS,                 )
                                    )   OF UNITED STATES MAGISTRATE JUDGE
15              Respondent.         )
                                    )
16   _____  )
17
18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19   Petition, all of the records herein and the attached Report and
20   Recommendation of United States Magistrate Judge.  The Court accepts
21   and adopts the Magistrate Judge's Report and Recommendation.
22
23        IT IS ORDERED that Judgment be entered denying and dismissing the
24   Petition without prejudice.
25   ///
26   ///
27   ///
28   ///
```

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner.

5  LET JUDGMENT BE ENTERED ACCORDINGLY.

7  DATED: November 16, 2012.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2